Jeremy M. Ancelson P.C.
Jeremy Mark Ancelson
(516) 820-3707
345 East 80th Street, Ste. 17A
New York, NY 10075
jancelson@ancelsonlaw.com

January 5, 2022

Hon. Judge Ronnie Abrams
Thurgood Marchal
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   Volman v. Renzan Corp. et al
      **CIVIL DOCKET FOR CASE #: 1:21-cv-08492-RA**

Dear Judge Abrams:

The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to respectfully request an adjournment of the January 14, 2022 Initial Pretrial Conference due to the defendants' default. This is plaintiff's first request for an adjournment of the Pretrial Conference.

The defendants were served through the Secretary of State on November 3, 2021. To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with my office. The Department of State is currently experiencing delays due to the COVID-19 pandemic and plaintiff is therefore inclined to extend to defendants an additional 30 days to appear, however, plaintiff can commence default proceedings if that is the Court's preference.

Thank you for your time and consideration on this matter.

Respectfully,

/S/ Jeremy Mark Ancelson

Application granted.

Counsel for all parties appear for an initial status conference on February 18, 2022 at 10:00 a.m.   The Court will hold this conference by telephone.  The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public.

Plaintiff shall serve a copy of this order on Defendants.

SO ORDERED.

_____
Hon. Ronnie Abrams
01/06/22